**Opinion issued March 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-00971-CV**

————————————

**CLAIRE PHILLIPS, Appellant**

**V.**

**FIRST HORIZON HOME LOAN CORPORATION, METLIFE HOME LOANS A DIVISION OF METLIFE BANK, N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-29373**

---

**MEMORANDUM OPINION**

Appellant, Claire Phillips, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order

Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland and Brown.